**ELECTRONIC RECORD**

**518-15**
**519-15**

COA #14-14-00521-CR

OFFENSE: Aggravated Assault

STYLE: Gary Ishmael Bolin v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 209th District Court

DATE: March 19, 2015   Publish: No

TC CASE #: 1377493

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Gary Ishmael Bolin v The State of Texas

CCA # _____

_APPELLANT'S_   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 06/24/15

JUDGE: Per Curiam

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

**518-15**
**519-15**

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____